# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID D. INGWERSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV249** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **PLANET GROUP, INC. and WEST PARTNERS LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | | |
| **PLANET GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV263** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DAVID D. INGWERSEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For good cause shown, and upon the representation that the opposing party does not object,

**IT IS ORDERED:**

1. The "Stipulated Motion to Extend Scheduling Deadlines Regarding Expert Witnesses" is granted, and the final progression order is amended to provide as follows:

 a. Each plaintiff, counter-claimant, and cross-claimant shall serve all opposing parties with statements required by Fed. R. Civ. P. 26(a)(2) no later than **June 25, 2010**;

 b. Each defendant, counter-defendant and cross-defendant shall serve all opposing parties with statements required by Fed. R. Civ. P. 26(a)(2) no later than **July 27, 2010**; and

c.  Each plaintiff, counter-claimant or cross-claimant shall have until **August 10, 2010**, to refute the disclosed opinions of an expert witness of an opponent.

2.  All other progression order deadlines remain in effect.

**DATED April 21, 2010.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**