## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID D. INGWERSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PLANET GROUP, INC., and WEST PARTNERS, LLC,<br><br>    Defendants,<br><br>and<br><br>PLANET GROUP, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID INGWERSEN,<br><br>    Defendant. | **CASE NO. 8:09-CV-00249**<br>_____<br><br>**ORDER**<br><br><br><br><br>**CASE NO. 8:09-CV-263**<br>_____ |

## ORDER

For good cause show, and upon the representation that the opposing party does not object,

**IT IS ORDERED:**

   1.   The "Revised Stipulated Motion to Extend Scheduling Deadlines" is granted, and the final progression order is amended to provide as follows:

   a.   Regarding the expert deadlines:

      i.      Each plaintiff, counter-claimant, and cross-claimant shall serve all opposing parties with statements required by Fed. R. Civ. P. 26(a)(2) no later than **July 30, 2010**.

      ii.     Each defendant, counter-defendant and cross-defendant shall serve all opposing parties with statements required by Fed. R. Civ. P. 26(a)(2) no later than **August 15, 2010**.

      iii.    Each plaintiff, counter-claimant or cross-claimant shall have until **September 1, 2010**, to refute the disclosed opinions of an expert witness of an opponent.

b.    All depositions, whether or not they are intended to be used at trial, shall be completed by **September 10, 2010**.

c.    Motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 shall be filed by **October 1, 2010**.

d.    Motions for summary judgment shall be filed not later than **October 10, 2010**.

2.    All other progression order deadlines remain in effect.

DATED June 30, 2010.

BY THE COURT:

s/ F. A. Gossett  
United States Magistrate Judge