# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID D. INGWERSEN, | |
| Plaintiff, | CASE NO. 8:09-CV-00249 |
| vs. | |
| PLANET GROUP, INC., and WEST PARTNERS, LLC, | ORDER |
| Defendants, | |
| and | |
| PLANET GROUP, INC., | CASE NO. 8:09-CV-263 |
| Plaintiff, | |
| vs. | |
| DAVID INGWERSEN, | ORDER |
| Defendant. | |

This matter is before the court on the motion to extend deadlines filed by Planet Group, Inc. and West Partners, LLC. Movants also filed a notice advising that the motion is unopposed. For good cause shown,

**IT IS ORDERED** that the Motion to Extend the Scheduling Deadlines is granted and the following deadlines are hereby extended and the final progression order is amended to provide as follows:

1. Regarding the expert deadlines:

   a. Each plaintiff, counter-claimant, and cross-claimant shall serve all opposing parties with statements required by Fed. R. Civ. P. 26(a)(2) no later than **August 15, 2010**.

  b. Each defendant, counter-defendant and cross-defendant shall serve all opposing parties with statements required by Fed. R. Civ. P. 26(a)(2) no later than **August 30, 2010**.

  c. Each plaintiff, counter-claimant or cross-claimant shall have until **September 15, 2010**, to refute the disclosed opinions of an expert witness of an opponent.

2. All depositions, whether or not they are intended to be used at trial, shall be completed by **September 24, 2010**.

3. All other progression order deadlines remain in effect.

**DATED July 27, 2010.**

         **BY THE COURT:**

         s/ F.A. Gossett
         **United States Magistrate Judge**