## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID D. INGWERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV249 |
| vs. | ) | |
| | ) | ORDER |
| PLANET GROUP, INC. and | ) | |
| WEST PARTNERS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| PLANET GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV263 |
| vs. | ) | |
| | ) | ORDER |
| DAVID D. INGWERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the parties' "JOINT OBJECTIONS TO MEDIATION REFERENCE ORDER AND STIPULATION FOR MEDIATION PROCEDURE" are granted, as follows:

1. Paragraph 3(c) of the mediation reference order is amended to provide that the parties shall follow Michael Mullin's published Mediation Procedures found on the following website: www.kutakrock.com/mediation/mullin.

2. Paragraph 4 of the mediation reference order is amended to provide that all settlement discussions will be conducted during the mediation.

**DATED November 23, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**