# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID D. INGWERSEN,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**PLANET GROUP, INC. and WEST PARTNERS, LLC,**<br><br>　　　　Defendant. | **8:09CV249**<br><br>**SCHEDULING ORDER** |
| **PLANET GROUP, INC.,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**DAVID INGWERSEN,**<br><br>　　　　Defendant. | **8:09CV263**<br><br>**SCHEDULING ORDER** |
| **PLANET GROUP, INC.,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**DAVID INGWERSEN,**<br><br>　　　　Defendant. | **8:10CV453**<br><br>**SCHEDULING ORDER** |

On December 13, 2010, counsel appeared for a final pretrial conference to be held in consolidated Cases Nos. 8:09cv249 and 8:09cv263. At that time, however, counsel advised the court that a third related case, *Planet Group v. Ingwersen*, 8:10cv453, had been filed in state court on December 8, 2010 and was removed to federal court on the morning of December 13. The court held

a status conference in lieu of a final pretrial conference. All parties anticipated that the new case will be consolidated with the two prior cases. Counsel agreed to provide a proposed discovery and trial schedule and a summary of discovery issues arising due to the recent filing of the third case.

**IT IS ORDERED:**

1. The consolidated trial now set for January 18, 2011 is cancelled, as to Cases Nos. 8:09cv249 and 8:09cv263.

2. The motion to consolidate Case No. 8:10cv453 with Cases Nos. 8:09cv249 and 8:09cv263 shall be filed no later than **December 22, 2010.**

3. Counsel shall file a motion no later than **December 22, 2010**, providing their proposed discovery and trial schedule, together with a summary of discovery issues arising due to the recent filing of Case No. 8:10cv453.

**DATED December 13, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**