IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID D. INGWERSEN, ) | CASE NO. 8:09CV249 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PLANET GROUP, INC., and WEST ) | |
| PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |

Upon notice given to the District Judge on May 9, 2011, by the parties that the above-captioned case has settled,

**IT IS ORDERED**:

1. On or before June 27, 2011, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice;

2. Any pending motions and stipulations are denied as moot;

3. All pending deadlines, including the trial date, are suspended; and

4. Absent compliance with this order, this case may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 11th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge