## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID D. INGWERSEN,** | ) | **CASE NO. 8:09CV249** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **PLANET GROUP, INC., and WEST PARTNERS, LLC,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 194). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 194) is approved;

2. This action, Case No. 8:09CV249, is dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 21st day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge